UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. |
| | : | |
| MARC DUCHESNE | : | UNDER SEAL |
| a.k.a. Carl von Wasserman | : | |
| a.k.a. Otto von Rittner | : | |
| a.k.a. Marc Spinks | : | |
| | : | |

**GOVERNMENT'S MOTION TO SEAL INDICTMENT**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to seal the Indictment in this case as well as the Government's Motion to Seal and this Court's Order Sealing the aforesaid documents until the defendant is arrested. In support of this motion, the government states:

1.  The sealing of the Indictment and other documents is necessary in order to prevent the defendant from fleeing to avoid prosecution. The defendant presently is outside the United States in the United Kingdom. Immediate public disclosure of this Indictment and other documents could alert the defendant to the fact that he has been charged, thereby resulting in his flight from prosecution, either by staying outside the United States or by leaving again if he returns before he is arrested. The Government, however, seeks permission in the sealing order to disclose the Indictment and provide a copy of the Indictment to U.S. Government Officials, law enforcement officials of the United Kingdom, and Government and Court Officials of the United Kingdom to the extent necessary to attempt to arrange the arrest and extradition of the defendant.

2. Accordingly, the government submits that under <u>Post v. Robinson</u>, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Indictment, the Government's Motion to Seal and the Court's Sealing Order until: (a) the defendant is arrested pursuant to the Indictment, at which time the Indictment shall be deemed unsealed; or (b) until further order of this Court.

WHEREFORE, the government respectfully requests that this motion be granted and the Indictment, Motion to Seal, and Sealing Order be placed under seal until the defendant is arrested pursuant to the Indictment or until further order of this Court.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
David C. Woll, Jr.
Assistant U.S. Attorney
DC Bar No. 452454
(202) 514-4250
Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
(202) 514-9620
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530