

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                           :
                                        :
v.                                      :   No. 06-259
                                        :
MARC DUCHESNE                           :   UNDER SEAL
a.k.a. Carl von Wasserman               :
a.k.a. Otto von Rittner                 :
a.k.a. Marc Spinks                      :
                                        :

FILED
SEP 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter comes before the Court upon the government's Motion to Seal Indictment in the above captioned case. For the reasons stated therein, it is this 5 day of September 2006,

ORDERED that the government's Motion to Seal is GRANTED; and

IT IS FURTHER ORDERED that the Indictment, the Motion to Seal and this Order shall remain sealed until further Order of this Court or until the defendant is arrested pursuant to this Indictment.

IT IS FURTHER ORDERED that the United States may disclose the Indictment and provide a copy of the Indictment to U.S. Government Officials, law enforcement officials of the United Kingdom, and Government and Court Officials of the United Kingdom in order to attempt to arrange the arrest and extradition of the defendant.

1

IT IS FURTHER ORDERED that, when the defendant is arrested pursuant to the Indictment, the Indictment, the Government's Motion and this Order shall be deemed unsealed.

Date: 09/05/06

_____
UNITED STATES MAGISTRATE JUDGE

copy to:

David C. Woll, Jr
Assistant United States Attorney.
Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530