UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-259 (RBW) |
| | : | |
| MARC DUCHESNE | : | **UNDER SEAL** |
| a.k.a. Carl von Wasserman | : | |
| a.k.a. Otto von Rittner | : | |
| a.k.a. Marc Spinks | : | |
| | : | |

**GOVERNMENT'S MOTION TO AMEND SEALING ORDER**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to amend the Order sealing the Indictment in this case to authorize the United States to disclose the Indictment and arrest warrant, and also provide a copy of the Indictment and arrest warrant to law enforcement authorities in any nation, including Switzerland, and to Government and Court Officials in Switzerland in order to attempt to arrange the arrest and extradition of the defendant. .

On September 5, 2006, a Grand Jury sitting in the District of Columbia returned an indictment charging defendant Marc Duchesne with one count of conspiracy to commit securities fraud and wire fraud in violation of 18 U.S.C. § 371, one count of securities fraud in violation of 15 U.S.C. § 78j(b), one count of conspiracy to obstruct justice in violation of 18 U.S.C. § 371, two counts of obstruction of justice in violation of 18 U.S.C. § 1505, and one count of false statements in violation of 18 U.S. C. § 1001.  At the time the defendant was indicted, the United States believed the defendant was located in the United Kingdom.  The United States moved to seal the Indictment in this case, and on September 5, 2006, the Court issued an order sealing the

Indictment until further order of the Court or until the defendant was arrested pursuant to the Indictment. The Court further ordered that "the United States may disclose the Indictment and provide a copy of the Indictment to U.S. Government Officials, law enforcement officials of the United Kingdom, and Government and Court Officials of the United Kingdom in order to attempt to arrange the arrest and extradition of the defendant."

The United States has learned that the defendant left the United Kingdom, and now appears to be living in Switzerland. In addition, the United States is attempting to arrange for the arrest and extradition of the defendant from Switzerland. In an abundance of caution, the United States seeks to amend the Order sealing the Indictment to make it clear that the United States is authorized to disclose the Indictment and arrest warrant, and also provide a copy of the Indictment and arrest warrant to law enforcement authorities in any nation, including Switzerland, and to Government and Court Officials in Switzerland in order to attempt to arrange the arrest and extradition of the defendant. The United States respectfully requests that its Motion to Amend Sealing Order be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
(202) 514-9620
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530