UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES :
:
v. : CR. No. 06-259 (RBW)
:
MARC DUCHESNE : **UNDER SEAL**
a.k.a. Carl von Wasserman :
a.k.a. Otto von Rittner :
a.k.a. Marc Spinks :
:

## ORDER

This matter comes before the Court upon the United States' Motion to Amend the Sealing Order in the above captioned case. For the reasons stated therein, it is this 29 day of May 2007,

ORDERED that the United States' Motion to Amend the Sealing Order in the above captioned case is GRANTED; and

IT IS FURTHER ORDERED that the United States is authorized to disclose the Indictment and arrest warrant, and also provide a copy of the Indictment and arrest warrant to law enforcement authorities in any nation, including Switzerland, and to Government and Court Officials in Switzerland in order to attempt to arrange the arrest and extradition of the defendant.

IT IS FURTHER ORDERED that, when the defendant is arrested pursuant to the charges contained in the Indictment, the Indictment, the Government's Motion and this Order shall be deemed unsealed.

Date: May 29, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530