UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-259 (RBW) |
| | : | |
| MARC DUCHESNE | : | **UNDER SEAL** |
| a.k.a. Carl von Wasserman | : | |
| a.k.a. Otto von Rittner | : | |
| a.k.a. Marc Spinks | : | |
| | : | |

**GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT
AND ALL PROCEEDINGS IN THIS CRIMINAL ACTION**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to unseal the Indictment and proceedings in this criminal action for the reasons set forth below.

On September 5, 2006, a Grand Jury sitting in the District of Columbia returned an indictment charging defendant Marc Duchesne with one count of conspiracy to commit securities fraud and wire fraud in violation of 18 U.S.C. § 371, one count of securities fraud in violation of 15 U.S.C. § 78j(b), one count of conspiracy to obstruct justice in violation of 18 U.S.C. § 371, two counts of obstruction of justice in violation of 18 U.S.C. § 1505, and one count of false statements in violation of 18 U.S. C. § 1001. At the time the defendant was indicted, the United States believed the defendant was located in the United Kingdom. The United States moved to seal the Indictment in this case, and on September 5, 2006, the Court issued an order sealing the Indictment until further order of the Court or until the defendant was arrested pursuant to the Indictment. The Court further ordered that "the United States may disclose the Indictment and provide a copy of the Indictment to U.S. Government Officials, law enforcement officials of the

United Kingdom, and Government and Court Officials of the United Kingdom in order to attempt to arrange the arrest and extradition of the defendant."

The United States later learned that the defendant left the United Kingdom and went to Switzerland. In an abundance of caution, the United States thereafter sought, and the Court granted an amendment to the Order sealing the Indictment to make it clear that the United States was authorized to disclose the Indictment and arrest warrant, and also provide a copy of the Indictment and arrest warrant to law enforcement authorities in any nation, including Switzerland, and to Government and Court Officials in Switzerland in order to attempt to arrange the arrest and extradition of the defendant.

It is the Government's understanding that defendant Duchesne has recently been arrested by authorities in Switzerland on Swiss charges. A Swiss government official has indicated that pursuant to a previous request by the United States, the Swiss intend also to execute a provisional arrest of defendant Duchesne on the charges against the defendant pending in the United States. The defendant has informed the Swiss Government that he will not agree to extradition to the United States. Accordingly, the United States is in the process of formalizing written extradition papers for the defendant. Given that defendant Duchesne is currently being held by Swiss authorities, and is apparently aware of the criminal charges pending against him in the United States, it no longer appears necessary to keep this criminal action under seal.

Accordingly, the United States respectfully requests that the Indictment and all proceedings in this criminal action be unsealed.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR
                                                United States Attorney

By:      _____
           Jonathan R. Barr
           Assistant U.S. Attorney
           D.C. Bar No. 437334
           (202) 514-9620
           555 4th Street, N.W., 5th Floor
           Washington, D.C. 20530