UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-259 (RBW) |
| | : | |
| MARC DUCHESNE | : | **UNDER SEAL** |
| a.k.a. Carl von Wasserman | : | |
| a.k.a. Otto von Rittner | : | |
| a.k.a. Marc Spinks | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the United States' Motion to Unseal the Indictment and All Proceedings in this Criminal Action. For the reasons stated therein, it is this _____ day of 2007,

ORDERED that the United States' Motion to Unseal the Indictment and All Proceedings in this Criminal Action be GRANTED; and

IT IS FURTHER ORDERED that the Indictment and all proceedings in this criminal action be unsealed.

Date:_____         _____
                                REGGIE B. WALTON
                                UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530