UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES :
:
v. : CR No. 06-259 (RBW)
:
MARC DUCHESNE :
a.k.a. Carl von Wasserman :
a.k.a. Otto von Rittner :
a.k.a. Marc Spinks :
:

## ORDER

This matter comes before the Court upon the United States' Motion to Unseal the Indictment and All Proceedings in this Criminal Action. For the reasons stated therein, it is this 21st day of 2007,

ORDERED that the United States' Motion to Unseal the Indictment and All Proceedings in this Criminal Action be GRANTED; and

IT IS FURTHER ORDERED that the Indictment and all proceedings in this criminal action be unsealed.

Date: September 21, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530