UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-259 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **MARC DUCHESNE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney, James A. Mitzelfeld, at telephone number: (202) 514-7131 and/or email address: James.Mitzelfeld@usdoj.gov. Assistant United States Attorney Mitzelfeld will substitute for Assistant United States Attorney Jonathan R. Barr as counsel for the United States.

Respectfully submitted,

JEFFREY A TAYLOR
UNITED STATES ATTORNEY

_____/s/_____
JAMES A. MITZELFELD
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W.
Room 5824
Washington, D.C.  20530
(202) 514-7131
Fax: (202) 305-8537
James.Mitzelfeld@usdoj.gov